1  MARSHA L. STEPHENSON, ESQ.
   Nevada Bar No. 6130
2  JAMIE S. HENDRICKSON, ESQ.
   Nevada Bar No. 12770
3  **STEPHENSON & DICKINSON, P.C.**
   2820 West Charleston Boulevard, Suite 17
4  Las Vegas, Nevada 89102
   Telephone: (702) 474-7229
5  Facsimile:  (702) 474-7237
6  admin@sdlawoffice.net

7  *Attorneys for Defendant*
   *HAZEL TRUCKING, LLC*
8

9                    **IN THE UNITED STATES DISTRICT COURT**

10                      **FOR THE DISTRICT OF NEVADA**

11

12  RUSSELL KENT HIGGINS, an individual, and          Case No. 2:19-cv-01145
    TAMMY HIGGINS, an individual,
13                                                     District Court Case No. A-19-796025-C
                      Plaintiffs,
14
15  vs.
                                                       **PETITION FOR REMOVAL**
16  GUSTAVO WILSON, and individual; HAZEL
    TRUCKING, LLC, a Utah limited liability
17  company; DOES I through X inclusive; and
    ROE CORPORATIONS I and X, inclusive
18
19                    Defendants.

20

21      TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

22  THE DISTRICT OF NEVADA

23          Defendant, HAZEL TRUCKING, LLC, by and through its attorney, Marsha L. Stephenson,

24  Esq. of the law firm of Stephenson & Dickinson, P.C., respectfully petitions the Court for an Order

25  removing the above-entitled action to the United States District Court for the District of Nevada, and

26  alleges as follows:

27          1.     Defendant Hazel Trucking, LLC is the Defendant in the above-entitled action.

28

                                               1

1      2.      The above-entitled action was commenced against the Defendant on June 4, 2019, in

2  the District Court, Clark County, Nevada and is now pending in such Court as Case No. A-19-796025-

3  C.

4      3.      A copy of the Summons and Complaint in Case No. A-19-796025-C was served on

5  Defendant on June 10, 2019.

6      4.      The above action is the result of a motor vehicle accident which occurred in Clark

7  County, Nevada on November 3, 2017.

8      5.      That as alleged in the Complaint, Plaintiffs are residents and citizens of the State of

9  California.  Defendant Hazel Trucking, LLC is a foreign liability company registered in the State of

10  Utah with its principal place of business is located in Kearns, Utah.

11      6.      Defendant Gustavo Wilson is alleged to be a citizen of the State of Washington.

12      7.      The amount in controversy exceeds $75,000.00. Plaintiffs Russel Kent Higgins and

13  Tammy Higgins injuries and loss of consortium stemming from a motor vehicle accident between two

14  semi-tractor trucks.

15      8.      There is diversity of citizenship between Plaintiff and Defendant and this Court has

16  jurisdiction over the above entitled action pursuant to 28 USC §1332 and 28 USC §1441.

17      9.      Copies of the Summons and Complaint are attached hereto as Exhibits A and B,

18  constituting all of the papers and pleadings served on Hazel Trucking, LLC.

19      10.     A true and correct copy of this Notice of Removal is being filed this date with the Clerk

20  of the Eighth Judicial District Court of Nevada.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

11.     Based on the foregoing, Hazel Trucking, LLC. removes the action now pending in the Eighth Judicial District Court of Nevada, in and for the County of Clark, as Case No. A-19-796025-C, to this Court.

DATED this 3rd day of July, 2019.

STEPHENSON & DICKINSON, P.C.

By: _____

MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
JAMIE S. HENDRICKSON, ESQ.
Nevada Bar No. 12770
2820 West Charleston Boulevard, Suite 17
Las Vegas, Nevada 89102
admin@sdlawoffice.net
*Attorneys for Defendant*
*HAZEL TRUCKING, LLC*

3

1

## CERTIFICATE OF SERVICE

2     The undersigned does hereby certify that on the 3̲0̲ day of July, 2019, a true and correct

3 copy of the foregoing **PETITION FOR REMOVAL** was served via electronic service, addressed as

4 follows:

5

6 Rahul Ravipudi, Esq.
Gregorio Silva, Esq.
Panish Shea & Boyle LLP

7 8816 Spanish Ridge Avenue
Las Vegas, NV 89148

8 *Attorneys for Plaintiffs*

9

10 _____

11 Employee of STEPHENSON & DICKINSON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# Exhibit A

6/4/2019 3:20 PM

1  SUMM
   RAHUL RAVIPUDI
2  Nevada Bar No.
   *ravipudi@psblaw.com*
3  GREGORIO SILVA
   Nevada Bar No. 13583
4  *gsilva@psblaw.com*
   PANISH SHEA & BOYLE LLP
5  11111 Santa Monica Boulevard, Suite 700
   Los Angeles, California 90025
6  Telephone: 310.477.1700
   Facsimile: 310.477.1699
7
   Attorneys for Plaintiffs
8  Russell Kent Higgins and Tammy Higgins

DATE: 6-10-19
TIME: 11:35 AM
WHO: *(handwritten)*
BY: *(handwritten)*
LIC# A12807

ICU Investigations, LLC   435-986-1200
250 N Red Cliffs Dr. 84B-275, St George, UT 84790

9                         DISTRICT COURT

10                   CLARK COUNTY, NEVADA

11  RUSSELL KENT HIGGINS, an individual,    Case No.  A-19-796025-C
    and TAMMY HIGGINS, an individual
12                                          Dept. No.: 1
13          Plaintiff,                      SUMMONS
14      v.
15  GUSTAVO WILSON, an individual; HAZEL
    TRUCKING, LLC, a Utah limited liability
16  company; DOES I through X inclusive; and
    ROE CORPORATIONS I through X,
17  inclusive,

18          Defendants.

19  NOTICE! YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU
20  WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.  READ
    THE INFORMATION BELOW.

21                      HAZEL TRUCKING, LLC
22                   c/o Progressive Reporting Agency
                        7304 S 300 W, Suite 201
23                        Midvale, UT 84047

24          A civil complaint has been filed by the Plaintiff against you for the relief set forth in the
25  complaint.

26          1.      If you intend to defend this lawsuit, within 21 days after this Summons is served on
27  you, exclusive of the day of service, you must do the following:

28                  (a)     File with the Clerk of the court, whose address is shown below, a formal written

*(left margin vertical text)* PANISH SHEA & BOYLE LLP  11111 Santa Monica Boulevard, Suite 700  Los Angeles, California 90025  310.477.1700 phone ~ 310.477.1699 fax

1   response to the Complaint in accordance with the rules of the court with the appropriate

2   filing fee.

3       (b)    Serve a copy of your response upon the attorney whose name and address is

4   shown below.

5       2.    Unless you respond, your default will be entered upon application of the Plaintiffs and

6   failure to so respond will result in a judgment of default against you for the relief demanded in the

7   complaint, which could result in the taking of money or property or other relief requested in the

8   complaint.

9       3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly

10   so that your response may be filed on time.

11       4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board

12   members, commission members and legislators each have 45 days after service of this Summons

13   within which to file an Answer or other responsive pleading to the Complaint.

14       5.    This action is brought to recover judgment as described in complaint.

15           STEVEN D. GRIERSON

16           CLERK OF THE COURT

17

18                             6/4/2019

19           Deputy Clerk        Shimaya Ladson

20           Regional Justice Center
        200 Lewis Avenue
        Las Vegas, Nevada 89101

21   Respectfully submitted by:

22   PANISH SHEA & BOYLE LLP

23

24   By:
    GREGORIO SILVA
    Nevada Bar No. 13583

25       gsilva@psblaw.com

26       8816 Spanish Ridge Avenue
    Las Vegas, Nevada 89148

27       Attorneys for Plaintiffs
    Russell Kent Higgins and Tammy Higgins

28

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

2

Exhibit B

Electronically Filed
6/4/2019 1:13 PM
Steven D. Grierson
CLERK OF THE COURT

1  COMP
   RAHUL RAVIPUDI
2  Nevada Bar No. 14750
    *ravipudi@psblaw.com*
3  GREGORIO V. SILVA
   Nevada Bar No. 13583
4   *gsilva@psblaw.com*
   PANISH SHEA & BOYLE LLP
5  8816 Spanish Ridge Avenue
   Las Vegas, Nevada 89148
6  Telephone: 702.560.5520
   Facsimile: 702.975.2515
7
   Attorneys for Plaintiffs
8   Russell Higgins and
   Tammy Higgins
9

CASE NO: A-19-796025-C
Department

10                     **DISTRICT COURT**

11                 **CLARK COUNTY, NEVADA**

12  RUSSELL KENT HIGGINS, an individual,    Case No.
    and TAMMY HIGGINS, an individual,
13                                          **COMPLAINT**
                Plaintiffs,
14                                          **DEMAND FOR JURY TRIAL**
           v.
15                                          **Arbitration Exemption:**
    GUSTAVO WILSON, an individual; HAZEL        1.  Damages in Excess of $50,000
16  TRUCKING, a foreign limited-liability
    company; DOES I through X; and ROE
17  CORPORATIONS I through X, Inclusive,

18              Defendants.

19
        Plaintiffs RUSSELL KENT HIGGINS and TAMMY HIGGINS, by and through their
20
    attorneys of record, the law firm of PANISH SHEA & BOYLE, LLP, hereby demand a trial by
21
    jury and complains and alleges against defendants as follows:
22
                           **GENERAL ALLEGATIONS**
23
        1.    Plaintiff RUSSELL KENT HIGGINS is, and at all times relevant hereto was, a resident
24
    of California.
25
        2.    Plaintiff TAMMY HIGGINS is an at all times relevant hereto was, a resident of
26
    California.
27
        3.    Upon information and belief, Defendant GUSTAVO WILSON is, and at all times
28

1  relevant hereto was, a resident of Seattle, Washington.

2       4.     Upon information and belief, Defendant HAZEL TRUCKING, LLC, is, and at all

3  times relevant hereto was a foreign limited liability company licensed to conduct business in Clark

4  County, Nevada.

5       5.     The true names and capacities, whether individual, corporate, associate, partnership or

6  otherwise, of the defendants herein designated as DOES I through X AND ROE CORPORATIONS I

7  through X, inclusive, are unknown to plaintiff, who therefore sues said defendants by such fictitious

8  names. Plaintiff will seek leave of the Court to insert the true names and capacities of such defendants

9  when the same have been ascertained and will further seek leave to join said defendant in these

10  proceedings.

11       6.     That at all times pertinent hereto, defendants were agents, servants, employees or joint

12  ventures of every other defendant herein, and at all times mentioned herein were acting within the

13  scope and course of said agency, employment, or joint venture, with knowledge and permission and

14  consent of all other named defendants.

15       7.     Plaintiff RUSSELL KENT HIGGINS is, and at all times mentioned herein was, the

16  operator of a 2012 Freightliner Semi Tractor Truck.

17       8.     Defendants HAZEL TRUCKING, LLC and GUSTAVO WILSON are, and at all times

18  relevant herein were, the owner of a 2010 Freightliner Semi Tractor Truck.

19       9.     Upon information and belief, Defendant GUSTAVO WILSON was acting in the course

20  and scope of his employment with HAZEL TRUCKING, LLC at the time of the collision when he

21  was operating the 2010 Freightliner Semi.

22       10.    On or about November 3, 2017, in Clark County, Nevada, Defendant GUSTAVO

23  WILSON failed to use due care on the roadway, and struck the vehicle of Plaintiff RUSSELL

24  HIGGINS.

25       11.    Upon information and belief, Defendant GUSTAVO WILSON was driving his semi-

26  truck on Northbound Interstate 15 near mile marker 110 when he failed to notice stopped traffic

27  ahead.

28       12.    Upon information and belief, as Defendant GUSTAVO WILSON approached the

1  stopped traffic near mile marker 110 he failed to stop and struck the rear and right side of Plaintiff's

2  vehicle.

3       13.     As a direct and proximate result of the negligence of defendants, and each of them,

4  Plaintiffs sustained personal injuries, all or some of which conditions may be permanent and

5  disabling, in a sum in excess of $15,000.00.

6       14.     As a direct and proximate result of the negligence of defendants, and each of them,

7  plaintiffs received medical and other treatment for the aforementioned injuries, and that said services,

8  care, and treatment is continuing and shall continue in the future, all to the damage of Plaintiffs.

9       15.     As a direct and proximate result of the negligence of defendants, and each of them,

10  Plaintiffs have been required to limit occupational and recreational activities, which have caused and

11  shall continue to cause plaintiffs loss of earning capacity, lost wages, physical impairment mental

12  anguish, and loss of enjoyment of life, in a presently unascertainable amount.

13       16.     As a direct and proximate result of the aforementioned negligence of defendants, and

14  each of them, plaintiffs have been required to engage the services of an attorney, incurring attorney's

15  fees and costs to bring this action.

16  **JURISDICTION AND VENUE**

17       17.     The exercise of the jurisdiction by this Court over each and every Defendant in this

18  action is appropriate because each and every Defendant has done, and continues to do, business in the

19  State of Nevada, and committed a tort in the State of Nevada.

20       18.     Jurisdiction in the Eighth Judicial District Court of Nevada is further appropriate

21  because the acts and omission alleged hereafter occurred within Clark County, State of Nevada and

22  venue is proper.

23  **FIRST CLAIM FOR RELIEF**

24  **(Negligence against all Defendants)**

25       19.     Plaintiffs repeat and re-allege the allegations of the preceding paragraphs of the

26  complaint as though fully set forth herein, and incorporate the same herein by reference.

27       20.     Defendants, and each of them, owed a duty of care to plaintiff Russell Higgins to

28  operate their vehicle in a reasonable and safe manner.

21.   Defendants, and each of them, breached that duty of care by striking plaintiff's vehicle on the roadway.

22.   As a direct and proximate result of the negligence of defendants, and each of them, plaintiff sustained personal injuries, all or some of which conditions may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $15,000.00.

23.   As a direct and proximate result of the negligence of defendants, and each of them, Plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment is continuing and shall continue in the future, all to the damage of Plaintiff.

24.   As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has been required to limit occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

25.   As a direct and proximate result of the aforementioned negligence of defendants, and each of them, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## SECOND CLAIM FOR RELIEF

### (Negligent Training and Supervision)

26.   Plaintiffs incorporate by reference each and every allegation previously made in this Complaint, as if fully set forth herein.

27.   Defendants, and each of them, owed a duty of care to plaintiff Russell Higgins to operate their vehicle in a reasonable and safe manner.

28.   Defendant HAZEL TRUCKING, LLC breached that duty by hiring an employee(s) even though it knew, or should have known, of that employee's dangerous propensities and propensity not to follow basic instructions, directions, or rules of the road.

29.   In the alternative, Defendant HAZEL TRUCKING, LLC, breached its duty by failing to properly supervise and train that/those employee(s).

30.   The breach of Defendant HAZEL TRUCKING, LLC, was the legal cause of Plaintiff's injuries.

31.   As a direct and proximate result of the negligence of defendants, and each of them, plaintiff sustained personal injuries, all or some of which conditions may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $15,000.00.

32.   As a direct and proximate result of the negligence of defendants, and each of them, Plaintiff received medical and other treatment for the aforementioned injuries, and that said services, care, and treatment is continuing and shall continue in the future, all to the damage of Plaintiff.

33.   As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff has been required to limit occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

34.   As a direct and proximate result of the aforementioned negligence of defendants, and each of them, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

## THIRD CLAIM FOR RELIEF

### (Loss of Consortium Against All Defendants)

35.   Plaintiffs repeat and re-allege the allegations of the preceding paragraphs of the complaint as though fully set forth herein, and incorporate the same herein by reference.

36.   At all times material hereto, Plaintiffs were in a valid and lawful marriage with each other.

37.   As a direct and proximate result of the above described negligence of Defendants, and each of them, Plaintiff Russell Higgins suffered severe, serious, and wrongful physical and mental injury.

38.   As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff Tammy Higgins has suffered loss of consortium including, but not limited to, the loss of love, companionship, affection, society, sexual relations, and solace in her marital relationship.

39.   As a direct and proximate result of the negligence, carelessness and reckless actions and inactions of defendants, and each of them, Plaintiff Tammy Higgins has suffered severe and serious personal, physical, and mental injuries. Plaintiff Tammy Higgins has sustained damages in an

1 amount in excess of Fifteen Thousand Dollars ($15,000.00).

2     40.    As a direct and proximate result of the negligence of Defendants, and each of them,

3 Plaintiff Tammy Higgins has been limited in occupation and recreational activities, which have caused

4 and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental

5 anguish, and loss of enjoyment of life, in a presently unascertainable amount.

6     41.    The plaintiffs have been required to engage the services of an attorney, incurring

7 attorney's fees and costs to bring this action.

8 **PRAYER FOR RELIEF**

9     WHEREFORE, Plaintiffs pray for judgment against defendants, and each of them, as follows:

10     1.    For a judgment in favor of Plaintiffs and against Defendants, and each of them, on

11 the Complaint and all claims for relief asserted therein;

12     2.    For an award of general and special damages in an amount in excess of $15,000.00,

13 to be proven at trial;

14     3.    For an award of reasonable attorney's fees and costs incurred in this action; and

15     4.    For any such other and further relief as this Court may deem just and proper.

16 DATED this _11th_ day of June, 2019.

17     PANISH SHEA & BOYLE LLP

18     By:

19     RAHUL RAVIPUDI<br>Nevada Bar No. 14750

20     GREGORIO V. SILVA

21     Nevada Bar No. 13583<br>8816 Spanish Ridge Avenue

22     Las Vegas, Nevada 89148

23     Attorneys for Plaintiffs

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiffs Russell Higgins and Tammy Higgins hereby demand a jury trial as to all causes of action.

DATED this 4 day of June, 2019.

PANISH SHEA & BOYLE LLP

By: _____
RAHUL RAVIPUDI
Nevada Bar No. 14750
GREGORIO V. SILVA
Nevada Bar No. 13583
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel. 310.477.1700

Attorneys for Plaintiffs