# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUSSELL KENT HIGGINS and TAMMY HIGGINS,

    Plaintiffs

v.

GUSTAVO WILSON and HAZEL TRUCKING, LLC,

    Defendants

Case No.: 2:19-cv-01145-APG-BNW

**Order Deeming Order to Show Cause Satisfied**

In light of the amended petition for removal (ECF No. 11) and the response to the order to show cause (ECF No. 12),

IT IS ORDERED that the order to show cause (ECF No. 8) is deemed satisfied, and I will not remand to the state court for lack of subject matter jurisdiction at this time.

DATED this 2nd day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE