RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
IAN SAMSON, ESQ.
Nevada Bar No. 15089
ADAM ELLIS, ESQ.
Nevada Bar No. 14514
PANISH SHEA & BOYLE, LLP
8816 Spanish Ridge Avenue
Las Vegas, NV  89148
Telephone:  702.560.5520
Facsimile:  702.975-2515

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| RUSSELL KENT HIGGINS, an individual, and TAMMY HIGGINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GUSTAVO WILSON, an individual; HAZEL TRUCKING, LLC, a Utah limited liability company; DOES I through X inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01145-APG-BNW<br><br>The Hon. ANDREW P. GORDON<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DISCOVERY**<br><br>**(Fifth Request)** |
|---|---|

In accordance with LR IA 6-1, 6-2, and 26-4, Plaintiffs Russell Kent Higgins and Tammy Higgins, and Defendants Gustavo Wilson and Hazel Trucking, LLC (the "parties"), hereby stipulate to extend the discovery deadlines in this case by 60 days.  This is the fifth stipulation for an extension of time to conduct discovery.  Good cause exists to extend the time for discovery due to the unavailability of medical providers for deposition.

   1. **DISCOVERY COMPLETED TO DATE.**

      a.  On September 5, 2019, Defendants served their List of Witnesses and Documents.

      b.  On September 6, 2019, the parties exchanged medical records authorizations.

      c.  On September 11, 2019, Plaintiffs served their Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

1

    d. On November 4, 2019, Plaintiffs served a First Set of Requests for Production of Documents to Defendant Hazel Trucking, LLC.

    e. On November 12, 2019, Plaintiffs served a First Set of Interrogatories and First Set of Requests for Admissions to Defendant Hazel Trucking, LLC.

    f. On November 27, 2019, Defendant Hazel Trucking LLC propounded Interrogatories and Requests for Production upon Plaintiff.

    g. On December 4, 2019 Plaintiffs served their First Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

    h. On December 10, 2019 Defendant Hazel Trucking, LLC responded to Plaintiffs First Set of Requests for Production, Requests for Admission, and Interrogatories.

    i. On December 17, 2019 Plaintiffs served their Second Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

    j. On December 20, 2019, Plaintiffs conducted the deposition of Defendant, Wilson Gustavo Pio.

    k. On December 24, 2019, Defendants served their First Supplement to List of Witnesses and Documents.

    l. On January 21, 2020, Plaintiffs served their Third Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

    m. On January 21, 2020, Plaintiff provided Responses to Defendant, Hazel Trucking, LLC's First Set of Interrogatories and Requests for Production of Documents.

    n. On January 29, 2020, Defendants conducted the deposition of Plaintiff, Russell Kent Higgins.

    o. On March 18, 2020 Defendants served their Second Supplement to List of Witnesses and Documents.

    p. On April 3, 2020, Plaintiffs served their Fourth Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

    q. On May 22, 2020 Defendants served their Third Supplement to List of Witnesses and Documents.

r. On June 17, 2020, Plaintiffs served their Fifth Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

s. On June 26, 2020, Plaintiffs served their Sixth Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

t. On May 27, 2020 Defendant Hazel Trucking LLC served its Second Set of Interrogatories and Requests for Production of Documents.

u. The parties attended mediation on June 30, 2020.

v. On July 24, 2020 Plaintiff provided responses to Defendant Hazel Trucking, LLC's Second Set of Interrogatories and Requests for Production of Documents, in addition to serving their Seventh Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1)(A).

w. On August 25, 2020, Plaintiff submitted to a Rule 35 examination with Defendants' expert.

x. On September 28, 2020 Defendants served their Fourth Supplement to List of Witnesses and Documents.

y. The parties disclosed initial experts. Defendants served their Designation of Expert Witnesses on September 28, 2020, and Plaintiffs served their Disclosure of Initial Expert Witnesses on November 16, 2020.

z. On November 13, 2020, Defendants took the deposition of Plaintiff Tammy Higgins.

2. **DISCOVERY REMAINING TO BE COMPLETED.**

a. Plaintiffs will take the depositions of Defendants' expert witness David L. Ginsburg, M.D.

b. Plaintiffs will take the depositions of Plaintiff's treating physicians Thomas A. Schweller, M.D. and Jarrod Johnson, DO.

c. Defendants may take the deposition of Plaintiffs' expert witness Kenny Hanna, M.D.

d. Defendants may take the depositions of Plaintiff's treating physicians, including Richard I. Woods, M.D., and possibly others.

3. **THE REASONS DISCOVERY WAS NOT COMPLETED.**

The only discovery left to be completed is depositions of medical doctors. The parties have worked to schedule these depositions, yet are subject to the availability of these providers. Further, many of these providers are located in California, which has imposed more restrictive COVID-19

protocols than Nevada. The holidays have also played a role in the limited availability of these providers and counsel. As a result, the parties have been unable to schedule these depositions within the current discovery deadlines. Good cause exists to grant this limited discovery extension to permit the parties to conduct these depositions.

**4. PROPOSED DISCOVERY SCHEDULE.**

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Add Parties/Amend Pleadings | CLOSED | CLOSED |
| Initial Expert Disclosures | 11/16/2020 | CLOSED |
| Rebuttal Expert Disclosures | 12/14/2020 | CLOSED |
| Close of Discovery | 1/11/2021 | **3/12/2021** |
| Dispositive Motions | 2/10/2021 | **4/12/2021** |

**PANISH SHEA & BOYLE, LLP**

DATED: January 5, 2021

By: */s/ Adam Ellis*

RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
IAN SAMSON, ESQ.
Nevada Bar No. 15089
ADAM ELLIS, ESQ.
Nevada Bar No. 14514
8816 Spanish Ridge Avenue
Las Vegas, NV  89148
P:  702.560.5520

**STEPHENSON & DICKINSON, P.C.**

DATED: January 5, 2021

By: */s/ Marsha Stephenson*

MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
2820 West Charleston Blvd., Ste. B-17
Las Vegs, NV 89102
P: 702-474-7229

*Attorneys for Defendants Hazel Trucking, LLC and Wilson Gustavo Pio*

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.  The Court strongly encourages the parties to utilize all technological means available to conduct depositions remotely, if travel is not an option.

**IT IS SO ORDERED**

**DATED:** 3:36 pm, January 12, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4