RAHUL RAVIPUDI, ESQ.
Nevada Bar No. 14750
E-Mail: *ravipudi@psblaw.com*
IAN P. SAMSON, ESQ.
Nevada Bar No. 15089
E-Mail: *samson@psblaw.com*
ADAM ELLIS, ESQ.
Nevada Bar No. 14514
E-Mail: *ellis@psblaw.com*
JANICE PARKER, ESQ.
Nevada Bar No. 14102
EMAIL: *parker@psblaw.com*
**PANISH SHEA & BOYLE LLP**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
T: 702.560.5520
F: 702.975.2515
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL KENT HIGGINS, an individual, and TAMMY HIGGINS, an individual, | Case No. 2:19-cv-01145-APG-BNW |
| Plaintiffs, | **PRETRIAL ORDER** |
| v. | |
| GUSTAVO WILSON, an individual; HAZEL TRUCKING, LLC, a Utah limited liability company; DOES I through X inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**After pretrial proceedings in this case,**

**IT IS ORDERED:**

**I.**

**This is an action for:**

Personal injuries sustained as a result of a tractor-trailer against tractor-trailer rear-end motor vehicle collision. Plaintiffs seek monetary damages in an amount exceeding $75,000, along with costs of suit, attorney's fees, and pre- and post-judgment interest. Plaintiffs are Russell and Tammy Higgins, husband and wife, and contend Defendants' negligence caused the accident, which caused personal

1

injury to Russell Higgins and loss of consortium to Tammy Higgins. Defendants accept liability for the accident and agree Defendant Pio was in the course and scope of his employment, but dispute causation and damages claimed by Plaintiff.

**II.**

**Statement of jurisdiction:**

Plaintiffs are, and at all relevant times were, residents of California.  Defendant Pio is, and at all relevant times was, a resident of Utah.  Defendant Hazel Trucking, LLC is, and at all relevant times was, a Utah limited liability company with its principal place of business in Utah. Plaintiffs are seeking in excess of $75,000.  Accordingly, this Court has jurisdiction pursuant to 28 USC § 1332 and 28 USC § 1441.

**III.**

**The following facts are admitted by the parties and require no proof:**

Defendant Wilson Gustavo Pio ("Pio") was driving a 2010 Freightliner tractor trailer owned by Defendant Hazel Trucking, LLC ("Hazel Trucking") on November 3, 2017. While driving Hazel Trucking's tractor trailer, Defendant Pio was in an accident on Northbound Interstate 15, impacting the back of a tractor trailer which was being driven by Plaintiff, Russell Kent Higgins ("Higgins"). Defendant Pio does not dispute that he hit the back of the semi-tractor trailer driven by Higgins. Further, Defendant Hazel Trucking admits it is responsible for its driver Pio's conduct while driving its tractor-trailer. Defendants do not dispute that the accident was caused by Pio's actions or inactions, and additionally, that Plaintiff Higgins' actions or inactions did not cause or contribute to the accident.

**IV.**

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

N/A.

**V.**

**The following are the issues of fact to be tried and determined at trial.**

1.   The nature and extent of injuries Plaintiff Russell Higgins suffered as a result of the subject collision.

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

2.    The nature and extent of the reasonable and necessary past and future medical care needed to treat Plaintiff Russell Higgins' injuries.

3.    The nature and extent of the loss of companionship, love, society, care, affection, sexual relations, and solace suffered by Plaintiff Tammy Higgins.

4.    The nature and extent of Plaintiffs' damages.

## VI.

**The following are the issues of law to be to be tried and determined at trial.**

None.

## VII.

## Exhibits

**(a)    The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:**

The parties will work together to generate a list of stipulated exhibits.

**(b)    As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:**

*Plaintiff's Exhibits*

|     | DOCUMENT DESCRIPTION | BATE STAMP # |
|-----|----------------------|--------------|
| 1.  | Copy of Nevada Highway Patrol Accident Information Exchange and Traffic Crash Report Scene Information Sheet | HIGGINS000001-7 |
| 2.  | Advanced Pain Specialists of Southern California Billing and Medical Records | HIGGINS000008-107 |
| 3.  | Paul M. Goodman, MD Billing and Medical Records | HIGGINS000108-114 |
| 4.  | David M. Kupfer Medical Billing and Medical Records | HIGGINS000115-147 |
| 5.  | Mesa View Regional Hospital Billing and Medical Records | HIGGINS000148-162 |
| 6.  | Pacific Orthopedic Specialists Billing and Medical Records | HIGGINS000163-487 |
| 7.  | Thomas A. Schweller, MD Billing and Medical Records | HIGGINS000488-513 |
| 8.  | San Jacinto Imaging MRI Video | HIGGINS000514 |
| 9.  | Temecula Valley Advanced Imaging Report | HIGGINS000515-520 |
| 10. | Temecula Valley Advanced MRI Video | HIGGINS000521 |

Panish Shea & Boyle LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | DOCUMENT DESCRIPTION | BATE STAMP # |
|---|---|---|
| 11. | Advanced Pain Specialists of Southern California Re-Evaluation Records | HIGGINS000522-703 |
| 12. | Accident Photos | HIGGINS000704-705 |
| 13. | 12- second video | HIGGINS000707 |
| 14. | Plaintiff's Commercial Driver License | HIGGINS000708-709 |
| 15. | Orthopedic & Spine Institute of Los Angeles Medical and Billing Records | HIGGINS000710-726 |
| 16. | All Star Physical Therapy Medical and Billing Records | HIGGINS000727-893 |
| 17. | Frank Q. Tang, MD, FAAP, Inc. Medical and Billing Records | HIGGINS000894-912 |
| 18. | Anthony T. Fenison, M.D., Inc. Medical and Billing Records | HIGGINS000913-934 |
| 20. | Central Occupational Medicine Medical and Billing Records | HIGGINS000935-1013 |
| 21. | Healthpointe, Inc./Dr. Aaron R. Allen | HIGGINS001014-1047 |
| 22. | Orthopedic Spine Institute/Dr. Emmanuel P. Richard Billing Records | HIGGINS001048 |
| 23. | Western Imaging Medical Records | HIGGINS001049-1058 |
| 24. | Billing information from Dr. Kupfer | HIGGINS001059 |
| 25. | Billing information from Dr. Baker | HIGGINS001060 |
| 26. | Pacific Orthopaedic Specialists Medical and Billing Records | HIGGINS001061-1228 |
| 29. | Curtis R. Loeffler, DC Medical Records | HIGGINS001235-1277 |
| 30. | David M. Kupfer, MD Billing Records | HIGGINS001278-1284 |
| 31. | Gary L. Baker, MD Billing Records | HIGGINS001285-1299 |
| 32. | City of Mesquite Medical Records and Billing Records | HIGGINS001300-1305 |
| 33. | Align Networks/One Call Medical Records and Billing Records | HIGGINS001306-1388 |
| 35. | Paul M. Goodman, MD Billing Records | HIGGINS001390-1391 |
| 36 | Worker's Compensation Lien Letter Dated May 26, 2020 | HIGGINS001392-1393 |
| 38. | DOT Medical Clearance Documents | HIGGINS001395-1403 |
| 39. | 2016 Form 1040 U.S. Individual Tax Return | HIGGINS001404-1408 |

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| DOCUMENT DESCRIPTION | BATE STAMP # |
|---|---|
| 40. | 2017 Form 1040 U.S. Individual Tax Return | HIGGINS001409-1413 |
| 41. | 2018 Form 1040 U.S. Individual Tax Return | HIGGINS001414-1425 |
| 42. | W-2 Tammy Higgins | HIGGINS001426-1427 |
| 43. | David M. Kupfer, MD Billing Records | HIGGINS001428-001434 |
| 44. | David M. Kupfer, MD Medical Records | HIGGINS001435-001519 |
| 46. | Western Imaging Billing (DOS: 9/6/19 to 9/7/19) | HIGGINS001521 |
| 47. | 2019 Form 1040 U.S. Individual Tax Return | HIGGINS001522-001541 |
| 48. | Medical Examiner's Report Form and Medical Examiner's Certificate | HIGGINS001542-001546 |
| 49. | Higgins RV Transport, LLC 2020 1099-NEC | HIGGINS001547 |
| 50. | Audio Recording of 08/25/2020 IME Exam of Plaintiff | HIGGINS001548 |
| 51. | Video-Recorded Deposition Transcript of David L. Ginsburg, MD | HIGGINS001549-1774 |
| 52. | Kenny E. Hanna, M.D. Initial Expert Report dated November 15, 2020, CV, Fee Schedule, List of Publications | No bates |
| 53. | David L. Ginsburg, M.D. Initial Expert Report dated September 4, 2020, CV, Fee Schedule, List of Publications | HT02721-02748 |

Plaintiffs may offer at trial certain exhibits for demonstrative purposes including, but not limited to, the following:

1. Actual diagnostic studies and computer digitized diagnostic studies;

2. Diagrams, drawings, pictures, photos, film, video, DVD and CD ROM of various parts of the human body;

3. Computer simulation and similar forms of computer visualization;

4. Maps, PowerPoint images, drawings, diagrams, animations, story boards or models of the related incident, parties involved, location of the incident and what occurred at the incident;

5. Medical treatment timeline;

6. PowerPoint images, blow-ups, transparencies, digitized images of medical records, medical bills, photographs and other exhibits;

7. Models of the human body related to Plaintiff's claimed injuries;

8. Any and all MRI films and studies;

9. Animation of the accident;

PANISH SHEA & BOYLE LLP

8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

10.     Animation of the anatomy involved;

11.     Exemplars, models, or pictures of the surgical hardware/implantation devices used or expected to be used in the care and treatment of Plaintiff.;

12.     PowerPoint images and blowups of deposition transcripts, discovery responses, and jury instructions.

Plaintiffs further reserve the right to utilize any documents produced by Defendants during discovery, or utilize any exhibits listed herein by other parties to this action. Plaintiffs reserve the right to utilize and/or seek to publish and/or admit into evidence all deposition testimony, all affidavits filed or attached to any motion or pleading in this case, and all responses to discovery from any party in this case.

**(c)     As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:**

*Defendants' Exhibits*

| | DOCUMENT DESCRIPTION | BATE STAMP # |
|---|---|---|
| A. | Plaintiffs' Complaint | HT00001 HT00007 |
| B. | Defendants' Answer to Complaint | HT00008 - HT00015 |
| C. | State of Nevada Traffic Crash Report Crash Number: NHP171100235 | HT00016 - HT00031 (Withdrawn) |
| D. | Recovery Services International, Inc. Workers Compensation Lien | HT00032 - HT00035 |
| E. | Claims Services, Inc. Subrogation Documentation property damage to McLane Company, Inc. vehicle/trailer – estimate and photos | HT00037 – HT00040 HT00047 HT00065 (TAR withdrawn) |
| F. | ISO ClaimSearch | HT00066 - HT00087 |
| G. | Estimate – Hazel Trucking LLC vehicle | HT00109 – HT00111 HT00113- HT00116 |

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

PANISH SHEA & BOYLE LLP

8816 Spanish Ridge Avenue
Los Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | | DOCUMENT DESCRIPTION | BATE STAMP # |
|---|---|---|---|
| | | | HT00136-HT00140 |
| H. | | Policy of Insurance | HT00141 - HT00193 (Withdrawn) |
| I. | | Hazel Trucking, LLC Articles of Organization | HT00194 - HT00195 |
| J. | | Hazel Trucking, LLC - State of Utah, Department of Commerce, Division of Corporations, Business Renewal 2017 | HT00196 |
| K. | | Defendant's Amended Answer to Plaintiffs' Complaint and Jury Demand | HT00197 - HT00204 |
| L. | | Driver's Daily Log (10/27/17 to 11/03/17) | HT00205 – HT00212 |
| M. | | Records of Pacific Orthopaedic Specialists | HT00736 – HT00879 |
| N. | | Records of Advanced Pain Specialist of SoCal | HT00880 – HT01268 |
| O. | | Records of Anthony T. Fenison, MD / AFT Orthopedics | HT01269 – HT01271 |
| P. | | Records of CVS Pharmacy | HT01272 – HT01277 |
| Q. | | Records of Frank Tang, MD | HT01278 – HT01308 |
| R. | | Records of Healthpointe Medical Group | HT01309-HT01374 |
| S. | | Records of Hillcrest Ear, Nose & Throat / Paul Goodman, MD | HT01375-HT01381 |
| T. | | Records of MAX MRI Imaging | HT01382 HT01403 |
| U. | | Records of Mercury Insurance Company | HT01404-HT01408 |
| V. | | Records of Pacific Orthopaedic Specialists – Custodian of Records Certification | HT01409 HT01410 HT01941-HT02084 |
| W. | | Records of Radnet, Inc. | HT01411 |
| X. | | Records of Rancho Physical Therapy | HT01412 HT01518 |
| Y. | | Records of State of California – Division of Workers Compensation – Primary Treating Physician's Progress Report (PR-2) | HT01519-HT01538 |
| Z. | | Records of Temecula 24 Hour Urgent Care | HT01539-HT01547 |
| AA. | | Records of Thomas A. Schweller, MD / Spruce Medical Management | HT01548-HT01634 |

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | **DOCUMENT DESCRIPTION** | **BATE STAMP #** |
|---|---|---|
| BB. | Records of Walgreens | HT01635-HT01685 |
| CC. | Records of HealthScan Imaging | HT01686 - HT01692 |
| DD. | Records of State of California – Division of Workers Compensation – Appeal Board | HT01693-HT01773 |
| EE. | Nevada Department of Public Safety Law Enforcement: Dispatch Unit Transmission Recordings | HT01774 – HT01793 |
| FF. | Medical Records of ATF Orthopedics | HT01794-HT01813 |
| GG. | Records of Nevada Highway Patrol 19 Color Photos | HT01814-HT01832 |
| HH. | Records of Mesa View Regional Hospital | HT01833-HT01850 |
| II. | Records of Freightliner of Utah / Premier Truck Group | HT01851-HT01859 |
| JJ. | COMP / Central OCC Medical | HT01860-HT01940 |
| KK. | Records of RMM Orthopedics | HT02085-HT02126 |
| LL. | Records of Central Occupational Medicine Providers – Ontario | HT02127-HT02202 |
| MM. | Records of One Call / Align Networks, Inc | HT02203-HT02562 |
| NN. | Records of St. Jude Medical Center | HT02563-HT02593 |
| OO. | Records of Aaron Allen, MD | HT02594-HT02625 |
| PP. | Records of Advanced Pain Specialist of SoCal / Gary Baker, MD | HT02626-HT02655 |
| QQ. | Records of UCSD Surgical Center | HT02656-HT02720 |
| RR. | Report of David L. Ginsberg, MD Dated 09/04/20 | HT02721-HT02736 |
| SS. | David L. Ginsberg, MD Testimony List | HT02737 |
| TT. | David L. Ginsberg, MD Curriculum Vitae | HT02738-HT02747 |
| UU. | David L. Ginsberg, MD Fee Schedule | HT02748 |
| VV. | Records of Robert J. Klopp, PT | HT02749-HT02917 |
| WW. | Records of ESIS | HT02918-HT05626 |

| | DOCUMENT DESCRIPTION | BATE STAMP # |
|---|---|---|
| XX. | Records of Horizon Transport | HT05627-HT05868 |
| YY. | Records of Orthopedic and Spine Institute of Los Angles | HT05869-HT05906 |
| ZZ. | Supplemental report of David L. Ginsberg, MD dated 11/06/20 | HT05907-HT05910 |
| AAA. | Records of Horizon Transport, LLC (part II) | HT05911-HT05918 |
| BBB. | Records of BCBS of Texas | HT05919-HT05923 |
| CCC. | Supplemental report of David L. Ginsberg, MD dated 11/30/20 | HT05924-HT05925 |
| DDD. | Certificate of No Records from Acupuncture Longevity Center | HT05926-HT05927 |
| EEE. | Records of Horizon Transport | HT05928-HT06087 |
| FFF. | Records of Frank Tang, MD | HT06088-HT06092 |
| GGG. | Job File of David L. Ginsberg, MD | HT06093 |
| HHH. | Job File of David L. Ginsberg, MD Supplemental documents | HT06094 |
| III. | Supplemental report of David L. Ginsberg, MD dated 04/22/21 | HT06095-HT06096 |
| JJJ. | Riverside County Sheriff's Incident Report - File No. ME192690031 for date of 09/26/2019 | HT06097-HT06105 |
| KKK. | Align Networks/One Call Medical Records and Billing Records - Records of Health Direct, Inc. | HIGGINS001358-HIGGINS001361 |

Defendants may offer at trial certain exhibits for demonstrative purposes including, but not limited to, the following:

1. Actual diagnostic studies and computer digitized diagnostic studies;

2. Diagrams, drawings, pictures, photos, film, video, DVD and CD ROM of various parts of the human body;

3. Computer simulation and similar forms of computer visualization;

4. Maps, PowerPoint images, drawings, diagrams, animations, story boards or models of the related incident, parties involved, location of the incident and what occurred at the incident;

5. Medical treatment timeline;

6. PowerPoint images, blow-ups, transparencies, digitized images of medical records, medical bills, photographs and other exhibits;

7. Models of the human body related to Plaintiff's claimed injuries;

8. Any and all MRI films and studies;

9. Animation of the accident;

10. Animation of the anatomy involved;

11. Exemplars, models, or pictures of the surgical hardware/implantation devices used or expected to be used in the care and treatment of Plaintiff.;

12. PowerPoint images and blowups of deposition transcripts, discovery responses, and jury instructions.

Defendants further reserve the right to utilize any documents produced by Plaintiffs during discovery, or utilize any exhibits listed herein by other parties to this action. Defendants further reserve the right to utilize and/or seek to publish and/or admit into evidence all deposition testimony, all affidavits filed or attached to any motion or pleading in this case, and all responses to discovery from any party in this case.

A.     **Objections to Exhibits**

As to the following exhibits, the party against whom the same will be offered objects to their admission upon grounds stated:

1.     **Objections to Plaintiffs' Exhibits:**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Los Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| EX. | DESCRIPTION OF EXHIBIT | BATES NUMBERS | OBJECTION |
|---|---|---|---|
| 1. | Copy of Nevada Highway Patrol Accident Information Exchange and Traffic Crash Report Scene Information Sheet | HIGGINS000001-7 | Hearsay |
| 2 | Advanced Pain Specialists of Southern California Billing and Medical Records | HIGGINS000013 | Hearsay as to yellow highlighting of text of unknown origin – highlighting to be removed |
| 3 | Paul M. Goodman, MD Billing and Medical Records | HIGGINS000109 | Hearsay as to yellow highlighting of text of unknown origin – highlighting to be removed |
| 6 | Pacific Orthopedic Specialists Billing and Medical Records | HIGGINS000232-HIGGINS000234<br><br>HIGGINS000292-HIGGINS000294<br><br>HIGGINS000330<br><br>HIGGINS000333<br><br>HIGGINS000335<br><br>HIGGINS000344<br><br>HIGGINS000475 | Hearsay as to yellow highlighting of text of unknown origin – highlighting to be removed |
| 7 | Thomas A. Schweller, MD Billing and Medical Records | HIGGINS000506<br><br>HIGGINS000509<br><br>HIGGINS000511 | Hearsay as to yellow highlighting of text of unknown origin – highlighting to be removed |
| 13 | Photos of the Incident from St. George, UT news writer | HIGGINS00706 | Hearsay |
| 26 | Pacific Orthopaedic Specialists Medical and Billing Records | HIGGINS001206 | Hearsay as to sticky note on bottom left corner of unknown origin– must be redacted |
| 32 | City of Mesquite Medical Records and Billing Records | HIGGINS001301<br><br>HIGGINS001303 | Hearsay as to "Narrative" descriptions of accident |

| 33 | Align Networks/One Call Medical Records and Billing Records | HIGGINS001309-HIGGINS001355<br><br>HIGGINS001362-HIGGINS001376 | Hearsay – records are illegible gibberish |
| 46 | Western Imaging Billing (DOS: 9/6/19 to 9/7/19) | HIGGINS001521 | Billing unrelated to subject accident |

### 1.  Objections to Defendants' Exhibits:

| | DOCUMENT DESCRIPTION | BATE STAMP # | OBJECTION |
|---|---|---|---|
| A. | Plaintiffs' Complaint | HT00001<br>HT00007 | |
| B. | Defendants' Answer to Complaint | HT00008 - HT00015 | |
| C. | | | |
| D. | Recovery Services International, Inc. Workers Compensation Lien | HT00032 - HT00035 | Foundation; Authentication; Hearsay; Relevance; Substantially more prejudicial than probative; Collateral Source. |
| E. | Claims Services, Inc. Subrogation Documentation property damage to McLane Company, Inc. vehicle/trailer – estimate and photos | HT00037 – HT00040<br><br>HT00047<br>HT00065<br><br>(Traffic Accident Report Excluded) | Foundation; Authentication; Hearsay; Relevance; Substantially more prejudicial than probative; Collateral Source. |
| F. | ISO ClaimSearch | HT00066 - HT00087 | Foundation; Authentication; Hearsay; Relevance; Substantially more prejudicial than probative; Relevance. |
| G. | Estimate – Hazel Trucking LLC vehicle | HT00109 – HT00111<br><br>HT00113-HT00116 | Foundation; Authentication; Hearsay; Relevance; Substantially more prejudicial than |

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | DOCUMENT DESCRIPTION | BATE STAMP # | OBJECTION |
|---|---|---|---|
| | | HT00136-HT00140 | probative. |
| I. | Hazel Trucking, LLC Articles of Organization | HT00194 - HT00195 | Relevance. |
| J. | Hazel Trucking, LLC - State of Utah, Department of Commerce, Division of Corporations, Business Renewal 2017 | HT00196 | Relevance |
| K. | Defendant's Amended Answer to Plaintiffs' Complaint and Jury Demand | HT00197 - HT00204 | |
| L. | Driver's Daily Log (10/27/17 to 11/03/17) | HT00205 – HT00212 | Relevance; Foundation; |
| M. | Records of Pacific Orthopaedic Specialists | HT00736 – HT00879 | Foundation; Hearsay. |
| N. | Records of Advanced Pain Specialist of SoCal | HT00880 – HT01268 | |
| O. | Records of Anthony T. Fenison, MD / AFT Orthopedics | HT01269 – HT01271 | Foundation; Hearsay. |
| P. | Records of CVS Pharmacy | HT01272 – HT01277 | Foundation; Hearsay. |
| Q. | Records of Frank Tang, MD | HT01278 – HT01308 | Foundation; Hearsay. |
| R. | Records of Healthpointe Medical Group | HT01309- HT01374 | Foundation; Hearsay. |
| S. | Records of Hillcrest Ear, Nose & Throat / Paul Goodman, MD | HT01375- HT01381 | |
| T. | Records of MAX MRI Imaging | HT01382 HT01403 | |
| U. | Records of Mercury Insurance Company | HT01404- HT01408 | Relevance |
| V. | Records of Pacific Orthopaedic Specialists – Custodian of Records Certification | HT01409 HT01410 HT01941- HT02084 | Foundation; Hearsay. |
| W. | Records of Radnet, Inc. | HT01411 | Foundation; Hearsay. |
| X. | Records of Rancho Physical Therapy | HT01412 HT01518 | Foundation; Hearsay. |

PANISH SHEA & BOYLE LLP

8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | DOCUMENT DESCRIPTION | BATE STAMP # | OBJECTION |
|---|---|---|---|
| Y. | Records of State of California – Division of Workers Compensation – Primary Treating Physician's Progress Report (PR-2) | HT01519-HT01538 | Foundation; Hearsay. |
| Z. | Records of Temecula 24 Hour Urgent Care | HT01539-HT01547 | Foundation; Hearsay. |
| AA. | Records of Thomas A. Schweller, MD / Spruce Medical Management | HT01548-HT01634 | |
| BB. | Records of Walgreens | HT01635-HT01685 | Foundation; Hearsay. |
| CC. | Records of HealthScan Imaging | HT01686 - HT01692 | Foundation; Hearsay. |
| DD. | Records of State of California – Division of Workers Compensation – Appeal Board | HT01693-HT01773 | Foundation; Substantially more prejudicial than probative; Hearsay. |
| EE. | Nevada Department of Public Safety Law Enforcement: Dispatch Unit Transmission Recordings | HT01774 – HT01793 | Relevance; Hearsay; Foundation. |
| FF. | Medical Records of ATF Orthopedics | HT01794-HT01813 | Foundation; Hearsay |
| GG. | Records of Nevada Highway Patrol 19 Color Photos | HT01814-HT01832 | |
| HH. | Records of Mesa View Regional Hospital | HT01833-HT01850 | |
| II. | Records of Freightliner of Utah / Premier Truck Group | HT01851-HT01859 | Foundation; Hearsay; Relevance |
| JJ. | COMP / Central OCC Medical | HT01860-HT01940 | Foundation; Hearsay. |
| KK. | Records of RMM Orthopedics | HT02085-HT02126 | Foundation; Hearsay. |
| LL. | Records of Central Occupational Medicine Providers – Ontario | HT02127-HT02202 | Foundation; Hearsay. |
| MM. | Records of One Call / Align Networks, Inc | HT02203-HT02562 | Foundation; Hearsay. |

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

PANISH SHEA & BOYLE LLP

8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| | DOCUMENT DESCRIPTION | BATE STAMP # | OBJECTION |
|---|---|---|---|
| NN. | Records of St. Jude Medical Center | HT02563-HT02593 | Foundation; Hearsay. |
| OO. | Records of Aaron Allen, MD | HT02594-HT02625 | Foundation. Hearsay. |
| PP. | Records of Advanced Pain Specialist of SoCal / Gary Baker, MD | HT02626-HT02655 | |
| QQ. | Records of UCSD Surgical Center | HT02656-HT02720 | Foundation; Hearsay. |
| RR. | Report of David L. Ginsberg, MD Dated 09/04/20 | HT02721-HT02736 | Hearsay. |
| SS. | David L. Ginsberg, MD Testimony List | HT02737 | Hearsay. |
| TT. | David L. Ginsberg, MD Curriculum Vitae | HT02738-HT02747 | Hearsay. |
| UU. | David L. Ginsberg, MD Fee Schedule | HT02748 | |
| VV. | Records of Robert J. Klopp, PT | HT02749-HT02917 | Foundation; Hearsay. |
| WW. | Records of ESIS | HT02918-HT05626 | Hearsay; Duplicative; Foundation. |
| XX. | Records of Horizon Transport | HT05627-HT05868 | Foundation; Hearsay. |
| YY. | Records of Orthopedic and Spine Institute of Los Angles | HT05869-HT05906 | Foundation; Hearsay. |
| ZZ. | Supplemental report of David L. Ginsberg, MD dated 11/06/20 | HT05907-HT05910 | Hearsay. |
| AAA. | Records of Horizon Transport, LLC (part II) | HT05911-HT05918 | Foundation; Hearsay. |
| BBB. | Records of BCBS of Texas | HT05919-HT05923 | Foundation; Hearsay. |
| CCC. | Supplemental report of David L. Ginsberg, MD dated 11/30/20 | HT05924-HT05925 | Hearsay. |
| DDD. | Certificate of No Records from Acupuncture Longevity Center | HT05926-HT05927 | Hearsay; Relevance; Foundation. |
| EEE. | Records of Horizon Transport | HT05928-HT06087 | Hearsay; Foundation. |

|  | DOCUMENT DESCRIPTION | BATE STAMP # | OBJECTION |
|---|---|---|---|
| FFF. | Records of Frank Tang, MD | HT06088-HT06092 | Hearsay; Foundation. |
| GGG. | Job File of David L. Ginsberg, MD | HT06093 | Hearsay. |
| HHH. | Job File of David L. Ginsberg, MD Supplemental documents | HT06094 | Hearsay. |
| III. | Supplemental report of David L. Ginsberg, MD dated 04/22/21 | HT06095-HT06096 | |
| JJJ. | Riverside County Sheriff's Incident Report - File No. ME192690031 for date of 09/26/2019 | HT06097-HT06105 | Hearsay; Foundation; Authentication; Substantially more prejudicial than probative. |

**(c)     Electronic Evidence:**

Plaintiffs will submit electronic evidence to the jury for purposes of deliberation.

Defendants may also submit electronic evidence to the jury for purposes of deliberation.

**(d)     Depositions:**

**(1) Plaintiffs will offer the following depositions:**

Plaintiffs intend to offer live testimony of designated witnesses at trial, and in the event of unavailability will also present deposition testimony from: Russell Kent Higgins; Tammy Higgins; Wilson Gustavo Pio; Jarrod Johnson, MD; David Ginsburg, MD; Richard I. Woods, M.D.; and Thomas Schweller, M.D.

**(2) Defendants will offer the following depositions:**

Defendants may also present deposition testimony, if any of the witnesses are not available for trial and as identified by Plaintiff.  Defendants will also present for purposes of rebuttal the deposition testimony from: Russell Kent Higgins.

The parties agree to provide page and line designations of witnesses' deposition testimony that will be played or read in at trial no later than ten (10) judicial days prior to the first day of trial. If for some reason, this deadline is not possible, the parties will meet and confer in good faith to accommodate any late designation, as well as any rebuttal designation, if necessary.

Panish Shea & Boyle llp

8816 Spanish Ridge Avenue
Los Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

(e)    Objections to Depositions and Deposition Designations:

    **1.**  Plaintiff designates the following pages and lines from the respective depositions, and Defendant objects as follows**:**

| DEPONENT | PAGE(S) AND LINE(S) | OBJECTION |
|---|---|---|
| Thomas Schweller, M.D. | 6:25-7:12<br>7:17-8:9<br>8:16-9:3<br>9:17-10:8<br>10:19-11:8<br>12:12-24<br>13:5-17<br>14:4-7<br>14:22-15:13<br>16:14-20<br>16:25-22:21<br>25:12-27:16<br>31:20-32:8<br>38:15-20<br>39:15-41:16<br>45:3-14<br>46:13-17<br>48:15-50:22<br>52:7-23<br>55:2-6<br>55:12-15<br>58:9-18<br>59:20-22<br>61:15-62:2<br>62:24-63:10<br>63:18-65:7<br>68:15-19<br>71:20-72:14<br>89:21-90:2 | |
| David Ginsburg, M.D. | 9:16-21<br>13:17-20<br>14:2-4<br>14:20-15:1<br>21:3-6<br>21:11-13<br>21:22-23:10<br>23:11-17<br>24:10-13<br>24:14-20<br>25:1-4<br>25:15-26:5<br><br>28:3-8<br>33:22-34:8<br>37:24-38:5<br>38:22-39:6 | |

PANISH SHEA & BOYLE LLP

8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

| DEPONENT | PAGE(S) AND LINE(S) | OBJECTION |
|---|---|---|
| | | |
| Jarrod Johnson, D.O. | 7:20-25<br>8:14-9:13<br>9:18-10:7<br>13:1-11<br>14:1-16<br>18:4-22:19<br>23:6-24:13<br>25:3-27:8<br>27:21-28:10<br>29:6-30:14<br>31:4-32:21<br>33:12-16<br>42:9-24<br>50:17-51:11 | |
| Richard Woods, M.D. | 5:21-6:3<br>38:22-42:2<br>42:9-46:18<br>46:24-47:11<br>47:15-48:20<br>49:2-50:20 | |

**2. Defendants will designate their pages and lines from the respective depositions no later than ten (10) judicial days prior to the first day of trial:**

| DEPONENT | PAGE(S) AND LINE(S) | OBJECTION |
|---|---|---|
| | | |
| | | |
| | | |

## VIII.

**The following witnesses may be called by the parties at trial:**

(a) Provide names and addresses of plaintiff's witnesses.

1.   RUSSELL KENT HIGGINS
     c/o Panish Shea & Boyle, LLP
     8816 Spanish Ridge Avenue
     Las Vegas, Nevada 89148
     702.560.5520

2.   TAMMY HIGGINS
     c/o Panish Shea & Boyle, LLP
     8816 Spanish Ridge Avenue
     Las Vegas, Nevada 89148
     702.560.5520

3.   WILSON GUSTAVO PIO NUNEZ
     c/o Stephenson & Dickinson, P.C.

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

Panish Shea & Boyle LLP

8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

1    2820 West Charleston Blvd., Suite B-17
2    Las Vegas, Nevada 89102
     702.474.7229

3    4.   Kenny Hanna, M.D.
          1101 Bayside Drive, Suite 100
4         Corona Del Mar, CA 92625
          833-753-3435

5    5.   David L. Ginsburg, M.D.
6         851 S. Rampart Blvd.
          Suite 115
7         Las Vegas, NV 89145

8    6.   Claudia Amaya
          Senior Human Resources Specialists
9         McLane, Inc.
          14813 Meridian Parkway
10        Riverside California 92518

11   7.   Jarrod Johnson, M.D.
          Mesa Regional Hospital
12        Emergency Department
          1299 Bertha Howe Avenue
13        Mesquite, Nevada 89027
          702.346.8040

14   8.   Gary L. Baker, M.D.
15        Advanced Pain Specialists of Southern CA
          5750 Downey Avenue, Suite 306
16        Lakewood, CA 90712
          808.227.3010

17   9.   Paul M. Goodman, M.D.
18        4033 Third Avenue, Suite 104
          San Diego, CA 92103
19        619.294.2350

20   10.  David M. Kupfer, M.D.
          5395 Ruffin Road, Suite 201
21        San Diego, Ca 92123
          858.560.0242

22   11.  Richard I. Woods, M.D.
23        Pacific Orthopedic Specialists
          2010 East First Street, Suite 200
24        Santa Ana, CA 92705
          714.547.5500

25   12.  Thomas A. Schweller, M. D.
26        25495 Medical Center Drive, Suite 303
          Murrieta, CA 92562
27        951.781.0440

28

13.   Robert W. Hennessy, M.D.
Ken A. Takemoto, M.D.
Kajal Gupta, M.D.
Robert J. Klopp, RPT
4300 Central Ave.
Riverside, CA 92506

14.   Curtis R. Loeffler, DC
912 East Acacia Avenue
Hemet, CA 92543
951.658.1900

15.   William T. Black
Michael Wangler
John Gately
Mesquite Fire Rescue
1299 Bertha Howe Avenue
Mesquite NV, 89027

(b) Provide names and addresses of Defendants' witnesses.

Defendants incorporate the list of witnesses as identified above by Plaintiffs.

## IX.

The attorneys or parties have met and jointly offer these three trial dates:

1.  October 4, 2021; 2. September 20, 2021; 3. September 27. 2021

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## X.

It is estimated that the trial will take a total of 5 days.

APPROVED AS TO FORM AND CONTENT:


_____*/s/ Adam Ellis, Esq.*_____
Signature of Attorney for Plaintiff



_____*/s/ Marsha L. Stephenson*_____
Signature of Attorney for Defendants

PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
Los Vegas, Nevada 89148
702.560.5520 phone • 702.975.2515 fax

20

1

# XI.

## ACTION BY THE COURT

This case is set for jury trial on the stacked calendar on <u>September 27, 2021 at 9:00 a.m.</u> in Courtroom 6C.  Calendar call will be held on <u>September 21, 2021 at 9:00 a.m.</u> by videoconference.

DATED: ___August 9, 2021___.

_____
UNITED STATES DISTRICT JUDGE

NOTICE: Due to the unusually large number of complex criminal cases set for lengthy trials before this Court, civil trials may possibly be held in a trailing status for months or be assigned to another District Court Judge for trial. Therefore, the Court strongly urges the parties to consider their option to proceed before a Magistrate Judge pursuant to Local Rule IB 2-2, in accordance with 28 USC Section 636 and FRCP 73.

The Clerk shall provide the parties with a link to AO 85 Notice of Availability, Consent and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge form on the Courts website.