MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: 702) 474-7237
admin@sdlawoffice.net

Attorneys for Defendants
HAZEL TRUCKING, LLC and
WILSON GUSTAVO PIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL KENT HIGGINS, an individual, and TAMMY HIGGINS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GUSTAVO WILSON, and individual; HAZEL TRUCKING, LLC, a Utah limited liability company; DOES I through X inclusive; and ROE CORPORATIONS I and X, inclusive<br><br>Defendants. | Case No.: 2:19-cv-01145-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs RUSSELL KENT HIGGINS and TAMMY HIGGINS (hereinafter as "Plaintiffs") and Defendants HAZEL TRUCKING, LLC and WILSON GUSTAVO PIO (erroneously named "GUSTAVO WILSON") by

///
///
///

1

and through their respective attorneys of record, that the above-captioned matter shall be and hereby is, dismissed with prejudice. Each party shall bear its own costs and fees.

DATED this 22 day of ~~November~~ December, 2021.          DATED this 28 day of ~~November~~ December, 2021.

**PANISH SHEA & BOYLE LLP**                                **STEPHENSON & DICKINSON, P.C.**

_____                                  _____
RAHUL RAVIPUDI, ESQ.                                       MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 14750                                       Nevada Bar No. 6130
E-Mail: *ravipudi@psblaw.com*                              E-Mail: admin@sdlawoffice.net
IAN P. SAMSON, ESQ.                                        2820 West Charleston Boulevard
Nevada Bar No. 15089                                       Suite B-17
E-Mail: *samson@psblaw.com*                                Las Vegas, Nevada 89102
ADAM ELLIS, ESQ.                                           Telephone: (702) 474-7229
Nevada Bar No. 14514                                       Facsimile: (702) 474-7237
8816 Spanish Ridge Avenue                                  *Attorneys for Defendants*
Las Vegas, NV 89148
Telephone: (702) 560-5520
Facsimile: (702) 975-2515
*Attorneys for Plaintiffs*


IT IS SO ORDERED.

_____

United States District Judge

Dated: December 28, 2021

Case No.: 2:19-cv-01145-APG-BNW

2